IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BERYL ELIZABETH HARTSHORN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-14-1430-D |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

### **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Jones finds that the Commissioner's decision denying Plaintiff's applications for disability insurance and supplemental security income benefits should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection to the Report and Recommendation or requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further judicial review.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 28] is ADOPTED in its entirety. The Commissioner's decision is affirmed. Judgment shall be entered accordingly.

IT IS SO ORDERED this 16th day of December, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE